**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:18-CV-00150-RJC-DSC**

| | | |
|---|---|---|
| **JARED MODE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **S-L DISTRIBUTION COMPANY, LLC.,** | ) | |
| **S-L DISTRIBUTION COMPANY, INC.** | ) | |
| **AND S-L ROUTES, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Mark J. Gottesfeld]" (document #127) filed October 5, 2018.  For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 9, 2018

David S. Cayer
United States Magistrate Judge