UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00150-RJC-DSC

| JARED MODE, on behalf of himself and all others similarly situated, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) ) | ORDER |
| S-L DISTRIBUTION COMPANY, LLC, S-L DISTRIBUTION COMPANY, INC., and S-L ROUTES, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** comes before the Court on Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs S-L Distribution Company, LLC, S-L Distribution Company, Inc., and S-L Routes, LLC ("S-L"), Opt-In Plaintiff and Counterclaim-Defendant Jim McAlister ("McAlister"), and Third-Party Defendant McAlister Distributing Inc.'s Joint Motion to Dismiss with Prejudice, (Doc. No. 132); and S-L, Opt-In Plaintiff and Counterclaim-Defendant Walid Bayoumi ("Bayoumi"), and Third-Party Defendant Snack It Now, LLC's Joint Motion to Dismiss With Prejudice, (Doc. No. 133).

Based upon the record and the prior proceedings in this matter, the Court **GRANTS** the Joint Motions, (Doc. Nos. 132, 133), and **ORDERS** that:

1. McAlister and Bayoumi's claims against S-L in the above-captioned action,

1

(Doc. Nos. 1, 21), including those brought under the Fair Labor Standards Act, are dismissed with prejudice;

2. S-L's counterclaims against McAlister and Bayoumi in the above-captioned action, (Doc. No. 25), are dismissed with prejudice; and

3. S-L's third-party claims against McAlister Distributing Inc., a North Carolina Corporation, (Doc. No. 54), and against Snack It Now, LLC, a Georgia limited liability company, (Doc. No. 56), are dismissed with prejudice.

**SO ORDERED.**

Signed: October 29, 2018

Robert J. Conrad, Jr.
United States District Judge