UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00150-RJC-DSC

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| | ) **ORDER** |
| S-L DISTRIBUTION COMPANY, LLC, S-L DISTRIBUTION COMPANY, INC., and S-L ROUTES, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** comes before the Court on Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs S-L Distribution Company, LLC, S-L Distribution Company, Inc., and S-L Routes, LLC ("S-L"), Opt-In Plaintiff and Counterclaim-Defendant Anthony Sarti ("Sarti"), and Third-Party Defendant Siempre Avanti LLC's Joint Motion to Dismiss with Prejudice, (Doc. No. 135).

Based upon the record and the prior proceedings in this matter, the Court **GRANTS** the Joint Motion, (Doc. Nos. 135), and **ORDERS** that:

1. Sarti's claims against S-L in the above-captioned action, (Doc Nos. 1, 4), including those brought under the Fair Labor Standards Act, are dismissed with prejudice;

2. S-L's counterclaim against Sarti in the above-captioned action, (Doc. No. 25),

1

is dismissed with prejudice; and

3. S-L's third-party claims against Siempre Avanti, LLC, a Georgia limited liability company, (Doc. No. 28), are dismissed with prejudice.

**SO ORDERED.**

Signed: November 14, 2018

Robert J. Conrad, Jr.
United States District Judge