# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

JARED MODE, on behalf of himself and all others similarly situated,

        Plaintiffs,

  v.

S-L DISTRIBUTION COMPANY, LLC,
S-L DISTRIBUTION COMPANY, INC., and
S-L ROUTES, LLC

        Defendants.

No. 3:18-cv-00150-RJC-DSC

## ORDER GRANTING CONSENT MOTION REGARDING PROVISION AND USE OF PUTATIVE COLLECTIVE LIST

Based upon the record and all of the prior proceedings in this matter, the Court GRANTS the Parties' Consent Motion Regarding Provision and Use of Putative Collective List, and ORDERS that:

1. Within three business days of the date of this Order, Defendants shall produce to Plaintiffs' counsel a list containing the names, last known addresses, and last known email addresses of individuals who work or worked pursuant to a Distributor Agreement with Defendant at any time from March 15, 2016 to the present (the "List").

2. Plaintiffs' counsel shall use the List (and the information contained therein) only for purposes of mailing the Notice of Collective Action Lawsuit and answering any inquiries or questions received from potential putative collective members.

3. Plaintiffs' counsel shall not use the List to solicit putative collective members to opt in to this case or for any other purpose.

4. Plaintiffs' counsel shall return to Defendants and/or destroy all copies of the List at the conclusion of the opt-in period.

**SO ORDERED**.

Signed: April 16, 2019

David S. Cayer
United States Magistrate Judge