IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| S-L DISTRIBUTION COMPANY LLC, S-L DISTRIBUTION COMPANY INC., and S-L ROUTES LLC, | ) ) ) ) |
| Defendants. | ) ) |

No. 3:18-cv-00150-RJC-DSC

**ORDER APPROVING NOTICE OF COLLECTIVE ACTION LAWSUIT**

**THIS MATTER** comes before the Court on the parties' Consent Motion for Approval of Proposed Notice of Collective Action Lawsuit. [Doc # 151]. The Court has discretion to facilitate notice to potential plaintiffs in appropriate cases. *See* Hoffman-La Roche v. Sperling, 493 U.S. 165, 169-70 (1989). Indeed, the benefits of permitting collective action "depend on employees receiving accurate and timely notice concerning the pendency of collective action, so that they can make informed decisions about whether to participate." *Id*. at 170. Upon review, the Court finds the parties' Proposed Notice of Collective Action Lawsuit acceptable.

Based upon the foregoing, the Court APPROVES the Proposed Notice of Collective Action Lawsuit. The Plaintiff shall issue notice to the FLSA class members by First Class and electronic mail.

**SO ORDERED**.

Signed: April 23, 2019

David S. Cayer
United States Magistrate Judge

4309271.1