# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| JARED MODE et. al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) **ORDER** |
| S-L DISTRIBUTION COMPANY LLC et. al., | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Consented to Motion for Readmission *Pro Hac Vice* [for Benjamin K. Jacobs]" (document #525) filed December 18, 2019. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: December 18, 2019

David S. Cayer
United States Magistrate Judge