# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| JARED MODE et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| S-L DISTRIBUTION COMPANY LLC ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s][for Philip J. Pence and Christopher A. Stecher]" (documents #527 and #528) filed March 11, 2020. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 11, 2020

David S. Cayer
United States Magistrate Judge