# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE **DIVISION**
**CIVIL ACTION NO.** 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| **JARED MODE,** on behalf of himself and all others similarly situated, **Plaintiffs,** v. **S-L DISTRIBUTION COMPANY, LLC, S-L DISTRIBUTION COMPANY, INC.,** and **S-L ROUTES, LLC, Defendants.** | <u>**ORDER**</u> |

This matter comes before the Court on the parties' Joint Motion Regarding Counterclaims, Third-Party Complaints, and Arbitration Plaintiffs ("Motion"). (Doc. No. 535). The Court, having reviewed the Motion, GRANTS the Motion and ORDERS as follows:

a. Within 14 days of this Order, S-L may file an Amended Answer and Counterclaims to add additional Opt-In Plaintiffs as Counterclaim Defendants, and file additional Third-Party Complaints against certain corporate entities associated with certain Opt-In Plaintiffs;

b. Sample Opt-In Plaintiffs (as that term is used at Doc. No. 517) shall answer the Amended Counterclaims within 45 days of the date of this Order, and Sample Opt-Ins Plaintiffs whose distribution companies have been effectively served with TPCs will answer the TPCs within 28 days of the date they are served (and Plaintiffs' counsel shall continue to make all reasonable efforts to secure the consent of the new Third-Party Defendants to waive service, as previously directed

by the Court (at Doc. No. 422) and the parties will meet-and-confer regarding effectuating service on any Third-Party Defendants that do not so consent);

c. The Opt-Ins Plaintiffs on the list attached to the Motion as Appendix A are covered by binding arbitration agreements and, therefore, are dismissed from this case without prejudice to their ability to bring their claim(s) in arbitration and any statute of limitations applicable to the claims of the Opt-In Plaintiffs on Appendix A shall be tolled until 90 days after the date of this Order.

**IT IS SO ORDERED.**

Signed: June 15, 2020

Kenneth D. Bell
United States District Judge