IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| **JARED MODE, on behalf of himself and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**S-L DISTRIBUTION COMPANY, LLC,**<br>**S-L DISTRIBUTION COMPANY, INC., and**<br>**S-L Routes, LLC,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss with Prejudice claims involving Opt-In Plaintiff and Counterclaim-Defendant Michael Manseau ("Manseau") and Third Party Defendant Let's Get Munchin, Inc. (Doc. No. 540).

Upon review of the parties' motion,

**IT IS THEREFORE ORDERED** that the Joint Motion to Dismiss with Prejudice, (Doc. No. 540), is **GRANTED.** The following claims are **DISMISSED** with prejudice, with each party to bear their own fees and costs:

> (1) Manseau's claims against S-L in the above-captioned action (*See* Doc. Nos. 1, 160-1), including those brought under the Fair Labor Standards Act;
>
> (2) S-L's counterclaims against Manseau in the above-captioned action (*See* Doc. No. 25); and
>
> (3) S-L's third-party claims against Let's Get Munchin, Inc., an Illinois corporation (*See* Doc. No. 213).

The Clerk is further instructed to terminate Michael Manseau and Let's Get Munchin, Inc. as parties in this action.

**SO ORDERED.**

Signed: July 6, 2020

Kenneth D. Bell
United States District Judge