IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JARED MODE, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

S-L DISTRIBUTION COMPANY LLC,
S-L DISTRIBUTION COMPANY INC. and
S-L ROUTES LLC,

Defendants.

No. 3:18-cv-00150-KDB-DSC

## ORDER

**THIS MATTER** comes before the Court on S-L's Unopposed Motion to Compel Sample Opt-In Plaintiffs' Discovery Responses (document #547). S-L seeks an order compelling discovery responses and dismissing the claims of any Plaintiff who fails to serve responses. S-L agrees to dismiss with prejudice its Counterclaim and Third-Party Complaint against any Plaintiff and his or her corporate entity that is dismissed for failure to serve responses.

The Court **GRANTS THE MOTION IN PART** and **ORDERS** as follows:

(a) Opt-In Plaintiffs identified in Exhibit A to the Motion shall produce written discovery responses and documents responsive to S-L's Interrogatories and Requests for Production within thirty days of this Order;

(b) Opt-In Plaintiffs identified in Exhibit B to the Motion shall produce documents responsive to S-L's Requests for Production within thirty days of this Order;

**(c)** Opt-In Plaintiffs are warned that failure to comply with this Order and fully respond to these discovery requests may result in their claims being **DISMISSED WITH PREJUDICE.**

(d) Following expiration of the thirty-day response period, S-L may submit a motion to dismiss all claims brought by and asserted against any Plaintiff who did not fully comply with this Order.

**SO ORDERED**.

Signed: August 3, 2020

David S. Cayer
United States Magistrate Judge