**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC**

|  |  |
|---|---|
| **JARED MODE,** on behalf of himself and all other similarly situated, | |
| **Plaintiffs,** | |
| v. | **ORDER** |
| **S-L DISTRIBUTION COMPANY, LLC,S-L DISTRIBUTION COMPANY, INC., andS-L ROUTES, LLC,,** | |
| **Defendants.** | |

**THIS MATTER** is before the Court on Defendants' motion to dismiss with prejudice deficient sample opt-in plaintiffs. (Doc. No. 559). Plaintiffs do not oppose the motion.

During a telephone conference requested by the parties, counsel informed the court of their many attempts to communicate with the deficient opt-in plaintiffs. Based on the motion and the reasons stated at the telephone conference on September 17, 2020, the Court **GRANTS** the motion and **ORDERS** that the following be **DISMISSED WITH PREJUDICE**:

1. Opt-in Plaintiff Bassem Abdallah's claims (Dkt. 1, 155-1), S-L's counterclaim against Abdallah (Dkt. 538), and the Third-Party Complaint against Bassem Distribution Network (Dkt. 243);

2. Opt-in Plaintiff Gerald Abraham's claims (Dkt. 1, 420-1), S-L's counterclaim against Abraham (Dkt. 538), and the Third-Party Complaint against Burns Dependable Distributing LLC (Dkt. 355);

3. Opt-in Plaintiff Joseph Burns' claims (Dkt. 1, 181-1), S-L's counterclaim against Burns (Dkt. 538), and the Third-Party Complaint against Burns Dependable Distributing LLC (Dkt. 355);

1

4. Opt-in Plaintiff Ryan Douds' claims (Dkt. 1, 9-1), S-L's counterclaim against Douds (Dkt. 538), and the Third-Party Complaint against Ryan Douds LLC (Dkt. 40);

5. Opt-in Plaintiff Patrick Eavey's claims (Dkt. 1, 174-1), S-L's counterclaim against Eavey (Dkt. 538), and the Third-Party Complaint against Gift Shop Supplies LLC (Dkt. 253);

6. Opt-in Plaintiff Carlos G. Garcia's claims (Dkt. 1, 173-1), S-L's counterclaim against Garcia (Dkt. 538), and the Third-Party Complaint against Jaclasmma Distributors Inc. (Dkt. 462);

7. Opt-in Plaintiff Ron Glass' claims (Dkt. 1, 9-1), S-L's counterclaim against Glass (Dkt. 538), and the Third-Party Complaint against Ron Glass Distribution (Dkt. 43);

8. Opt-in Plaintiff Tina M. Householder's claims (Dkt. 1, 155-1), S-L's counterclaim against Householder (Dkt. 538), and the Third-Party Complaint against Householder Enterprises, LLC (Dkt. 205);

9. Opt-in Plaintiff Christopher Landeen's claims (Dkt. 1, 160-1), S-L's counterclaim against Landeen (Dkt. 538), and the Third-Party Complaint against Handy Husbands LLC (Dkt. 289);

10. Opt-in Plaintiff Russell J. Richards' claims (Dkt. 1, 91-1), S-L's counterclaim against Richards (Dkt. 538);

11. Opt-in Plaintiff Amal Samara's claims (Dkt. 1, 181-1) and S-L's counterclaim against Samara (Dkt. 538);

12. Opt-in Plaintiff Andrew Smith's claims (Dkt. 1, 172-1), S-L's counterclaim against Smith (Dkt. 538), and the Third-Party Complaint against Andrew Smith Distribution Inc. (Dkt. 241);

13. Opt-in Plaintiff Kevin Walker's claims (Dkt. 1, 8-1), S-L's counterclaim against Walker (Dkt. 538), and the Third-Party Complaint against KW Distributorships, Inc. (Dkt. 39);

14. Opt-in Plaintiff Liam T. White's claims (Dkt. 1, 184-1), S-L's counterclaim against White (Dkt. 538), and the Third-Party Complaint against LTW Snacking LLC (Dkt. 261);

15. Opt-in Plaintiff Otis Willis' claims (Dkt. 1, 169-1) and S-L's counterclaim against Willis (Dkt. 538);

16. Opt-in Plaintiff Harold Dale Winchester's claims (Dkt. 1, 78-1), S-L's counterclaim against Winchester (Dkt. 538), and the Third-Party Complaint against Winchester Incorporated (Dkt. 507).

**SO ORDERED.**

Signed: September 17, 2020

Kenneth D. Bell
United States District Judge