# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>S-L DISTRIBUTION COMPANY LLC., )<br>S-L DISTRIBUTION COMPANY INC. )<br>AND S-L ROUTES LLC )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Brendan Killeen and Mikaela R. Shaw]" (documents # 565 and 568) filed September 29, 2020. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 5, 2020

David S. Cayer
United States Magistrate Judge