IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JARED MODE, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

S-L DISTRIBUTION COMPANY, LLC,
S-L DISTRIBUTION COMPANY, INC., and
S-L ROUTES, LLC,

Defendants.

No. 3:18-cv-00150-KDB-DSC

**ORDER GRANTING
JOINT MOTION TO DISMISS WITH PREJUDICE**

This matter comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice ("Motion"). (Doc. No. 573). The Court, having reviewed the Motion, GRANTS the Motion and ORDERS:

1. Jeff Arvay (Dkt. 1, 21-1), Matthew Melton (Dkt. 1, 158-1), and David Oliva's (Dkt. 1, 163-1) claims against S-L in the above-captioned action, including those brought under the Fair Labor Standards Act, are dismissed with prejudice;

2. S-L's counterclaims against Jeff Arvay, Matthew Melton, and David Oliva, *see* (Dkt. 538), are dismissed with prejudice;

3. S-L's third-party claims against Ambaco, Inc., a South Carolina Corporation (Dkt. 539); JJA Distribution, LLC, a Pennsylvania Limited Liability Corporation (Dkt. 53); Matthew J. Melton Distributor LLC, a Maryland Limited Liability Corporation (Dkt. 477); and DMO Trucking Inc., a New York Corporation (Dkt. 539) are dismissed with prejudice; and

4. Each party will bear their own fees and costs.

**SO ORDERED.**

Signed: October 13, 2020

Kenneth D. Bell
United States District Judge