IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>S-L DISTRIBUTION COMPANY, LLC, S-L DISTRIBUTION COMPANY, INC., and S-L ROUTES, LLC,<br><br>Defendants. | No. 3:18-cv-00150-KDB-DSC |

## ORDER GRANTING
## JOINT MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice ("Motion") (Dkt. 584). The Court, having reviewed the Motion, **GRANTS** the Motion and **ORDERS**:

1. S-L's counterclaim against Khuloud Aledlah, *see* (Dkt. 538), is dismissed with prejudice;

2. S-L's third-party claim against E&K Snaxs LLC, a California Corporation (Dkt. 448) is dismissed with prejudice; and

3. Each party will bear their own fees and costs.

**SO ORDERED.**

Signed: November 12, 2020

Kenneth D. Bell
United States District Judge