# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>S-L DISTRIBUTION COMPANY LLC,<br>S-L DISTRIBUTION COMPANY INC., and<br>S-L ROUTES LLC,<br><br>　　　　　　Defendants. | No. 3:18-cv-00150-KDB-DSC |

## ORDER GRANTING
## UNOPPOSED MOTION TO COMPEL ARBITRATION

This matter comes before the Court on the Unopposed Motion to Compel to Arbitration. The Court GRANTS the Motion and ORDERS:

1. Opt-In Plaintiff/Counterclaim-Defendant Marcos Antonio Montanez's claims against Defendants/Counterclaim-Plaintiffs/Third-Party Plaintiffs S-L Distribution Company LLC, S-L Distribution Company Inc., and S-L Routes LLC ("S-L") are compelled to arbitration;

2. S-L's counterclaim against Montanez is compelled to arbitration;

3. S-L's third-party claims against JMI Snacks LLC are compelled to arbitration; and

4. Each party will bear their own fees and costs.

**SO ORDERED**.

Signed: December 2, 2020

_____
David S. Cayer
United States Magistrate Judge