**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>S-L DISTRIBUTION COMPANY LLC, S-L DISTRIBUTION COMPANY INC., and S-L ROUTES LLC,<br><br>Defendants. | No. 3:18-cv-00150-KDB-DSC |

**ORDER GRANTING S-L'S UNOPPOSED MOTION TO COMPEL CERTAIN SAMPLE OPT-IN PLAINTIFFS TO PROVIDE DEPOSITION AVAILABILITY**

This matter comes before the Court on Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs S-L Distribution Company LLC, S-L Distribution Company Inc., and S-L Routes LLC's ("S-L's") Unopposed Motion to Compel Certain Sample Opt-In Plaintiffs to Provide Deposition Availability ("Motion"). The Court, having reviewed the Motion and any responses thereto, GRANTS the Motion and ORDERS that:

a. Each of the Sample Opt-Ins listed in S-L's Motion is COMPELLED to, within twenty-one days of this Order, provide a date in December or January when he or she is available for a deposition and to appear for his or her deposition on the date selected and sit for the deposition.

b. In the event that any Sample Opt-In(s) do not comply with this Order—either by failing to provide dates or by failing to appear for their deposition—S-L may move the Court for an order dismissing with prejudice the claims of the non-compliant Sample Opt-In(s) and/or for other appropriate relief.

**SO ORDERED**.

Signed: December 16, 2020

David S. Cayer
United States Magistrate Judge