IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>S-L DISTRIBUTION COMPANY, LLC,<br>S-L DISTRIBUTION COMPANY, INC., and<br>S-L ROUTES, LLC,<br><br>                Defendants. | No. 3:18-cv-00150-KDB-DSC |

## ORDER GRANTING S-L'S MOTION TO DISMISS
## WITH PREJUDICE THE CLAIMS OF OPT-IN PLAINTIFF RAMI SAMARA

This matter comes before the Court on Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs S-L Distribution Company, LLC; S-L Distribution Company, Inc.; and S-L Routes, LLC's ("S-L's") Unopposed Motion to Dismiss with Prejudice Certain Sample Opt-In Plaintiffs ("Motion"). The Court, having reviewed the Motion and with no objection by opposing counsel, **GRANTS** the Motion and **ORDERS** that the following be **DISMISSED WITH PREJUDICE**: Opt-in Plaintiff Rami Samara's claims (Dkts. 1, 181-1), S-L's counterclaim against Samara (Dkt. 538), and the Third-Party Complaint against Samara Snacks Inc. (Dkt. 489).

**SO ORDERED**.

Signed: January 7, 2021

Kenneth D. Bell
United States District Judge