IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JARED MODE, on behalf of himself and all others similarly situated,

        Plaintiffs,

  v.

S-L DISTRIBUTION COMPANY LLC,
S-L DISTRIBUTION COMPANY INC., and
S-L ROUTES LLC,

        Defendants.

No. 3:18-cv-00150-KDB-DSC

**ORDER GRANTING S-L'S MOTION TO COMPEL**
**CERTAIN OPT-IN PLAINTIFFS' PRODUCTION OF TAX DOCUMENTS**

This matter comes before the Court on Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs S-L Distribution Company LLC, S-L Distribution Company Inc. and S-L Routes LLC's ("S-L's") Motion to Compel Certain Sample Opt-In Plaintiffs' Production of Tax Documents ("Motion"). The Court, having reviewed the Motion and any responses thereto, GRANTS the Motion and ORDERS that:

    a. The Deficient Sample Opt-Ins (as defined in the Motion) are COMPELLED to, within ten days of this Order, (i) produce documents responsive to S-L's Request Number Four (i.e., tax documents) or (ii) provide to S-L a sworn declaration explaining why he/she is unable to produce such documents; and

    b. In the event that any Deficient Sample Opt-In(s) do not comply with this Order, S-L may move the Court for an order dismissing with prejudice the claims of the non-compliant Deficient Sample Opt-In(s) and/or for other appropriate relief.

SO ORDERED.

Signed: January 7, 2021

David S. Cayer
United States Magistrate Judge