IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JARED MODE, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

S-L DISTRIBUTION COMPANY, LLC,
S-L DISTRIBUTION COMPANY, INC., and
S-L ROUTES, LLC,

Defendants.

No. 3:18-cv-00150-KDB-DSC

## ORDER GRANTING S-L'S MOTION TO DISMISS WITH PREJUDICE THE CLAIMS OF OPT-IN PLAINTIFF FLOYD FORESTER

This matter comes before the Court on Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs S-L Distribution Company, LLC; S-L Distribution Company, Inc.; and S-L Routes, LLC's ("S-L's") Unopposed Motion to Dismiss With Prejudice the Claims of Opt-in Plaintiff Floyd Forester (the "Motion"). (Doc. No. 605). The Court, having reviewed the Motion **GRANTS** the Motion and **ORDERS** that the following be **DISMISSED WITH PREJUDICE**:

- Opt-in Plaintiff Floyd Forester's claims (Dkts. 1, 183); S-L's counterclaim against Forester (Dkt. 538); and the Third-Party Complaint against Bella Brook, LLC (Dkt. 225).

**SO ORDERED**.

Signed: January 28, 2021

Kenneth D. Bell
United States District Judge