# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) S-L DISTRIBUTION COMPANY, LLC, ) S-L DISTRIBUTION COMPANY, INC., and ) S-L ROUTES, LLC, ) ) Defendants. ) | No. 3:18-cv-00150-KDB-DSC |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice ("Motion") (Doc. No. 611). The Court having reviewed the Motion, **GRANTS** the Motion and **ORDERS** as follows:

1. Leonard Button, Robert Richtsteig, Sandra Mateer, Steve Sobczak, Karen Whitlock, Todd Born, Luke Applebee, Charles Moller, Claudia Portillo-Guardado, Robert Culberston, Andrija Baricevic, Carl Yonce, Roger Hilliard, Edward Levine, Donald Hipkins, Carla Godin, Kelly Longley, Christina Nesta, Lamont Turner, Tina Vieweg, and Robert Walters claims against S-L in the above-captioned action, including those brought under the Fair Labor Standards Act, are dismissed with prejudice;

2. S-L's counterclaims against Leonard Button, Robert Richtsteig, Sandra Mateer, Steve Sobczak, Karen Whitlock, Todd Born, Luke Applebee, Charles Moller, Claudia Portillo-Guardado, Robert Culberston, Andrija

Baricevic, Carl Yonce, Roger Hilliard, Edward Levine, Donald Hipkins, Carla Godin, Kelly Longley, Christina Nesta, Lamont Turner, Tina Vieweg, and Robert Walters, are dismissed with prejudice;

3. S-L's third-party claims against Button Distributing, LLC, RA Rich, Inc., Mateer Distribution, LLC, S&J Snack Distributor, LLC, Whitlock Vending, LLC, Todd's Tire & Wheel, Inc., Applebee Deliveries, LLC, CCKA, LLC, A and P Takeover, LLC, L B Distributors, LLC, ANJ Corporation, Yonce Distributing, LLC, Pop A Bag, LLC, Edward Levine Distributors, Inc., DH Distribution, LLC, CG Snacks, LLC, B & E Operations, Inc., Queen City Snacks, LLC, K and A Distributing, LLC, Turner Distribution, Inc. and R.L. Walters Distributing, LLC are dismissed with prejudice; and

4. Each party will bear their own fees and costs.

**SO ORDERED.**

Signed: February 1, 2021

Kenneth D. Bell
United States District Judge