IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JARED MODE<br>on behalf of himself and all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>S-L DISTRIBUTION COMPANY LLC,<br>S-L DISTRIBUTION COMPANY INC., and<br>S-L ROUTES LLC,<br><br>    Defendants. | )))))))))))))) | No. 3:18-cv-00150-KDB-DSC |

## ORDER APPROVING JOINT MOTION TO JOIN A PARTY

Before the Court is the parties' Joint Motion to Join a Party pursuant to Federal Rule of Civil Procedure 25(c). For the reasons stated therein, the Joint Motion is GRANTED and Snyder's-Lance Inc. is hereby joined as a party Defendant to this action. Counsel for the Defendants are directed to serve a copy of this Order on Snyder's-Lance Inc.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: February 18, 2021

_____
David S. Cayer
United States Magistrate Judge