# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| **JARED MODE, on behalf of himself and all others similarly situated,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**S-L DISTRIBUTION COMPANY LLC,** )<br>**S-L DISTRIBUTION COMPANY INC.,** )<br>**AND S-L ROUTES LLC,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiffs' "Motion to Quash Non-Party Subpoenas to Testify and Produce Documents and for Protective Order" (document # 601) filed January 15, 2021, as well as the parties' briefs and exhibits (documents ## 602, 603 and 612).

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and is ripe for the Court's consideration.

Plaintiffs seek to quash Subpoenas to Testify and Produce Documents issued to three accountants who assisted them in the preparation and filing of their tax returns. Plaintiffs also seek a protective order prohibiting Defendants from conducting the discovery sought by the Subpoenas. They argue that the Subpoenas are harassing, overbroad, unduly burdensome, seek information and documents that are not relevant and are not proportional to the needs of the case.

The Court has carefully considered the record, authorities and the parties' arguments. The Court finds that the information sought by the Subpoenas is relevant and non-duplicative of the

information Plaintiffs have already produced. Therefore, the Court will <u>deny</u> the Motion to Quash and for Protective Order. The parties shall bear their own costs <u>at this time</u>.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: February 18, 2021

David S. Cayer
United States Magistrate Judge