IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>S-L DISTRIBUTION COMPANY, LLC, S-L DISTRIBUTION COMPANY, INC., S-L ROUTES, LLC, and SNYDER'S-LANCE, INC.,<br><br>Defendants. | No. 3:18-cv-00150-KDB-DSC |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice ("Motion") (Doc. No. 624). The Court having reviewed the Motion, **GRANTS** the Motion and **ORDERS** as follows:

1. Erica Turner's (Dkts. 1, 180-1) claims against S-L in the above-captioned action, including those brought under the Fair Labor Standards Act, are dismissed with prejudice;

2. S-L's counterclaim against Erica Turner (Dkt. 538), is dismissed with prejudice;

3. S-L's third-party claim against RVR Distribution, LLC (Dkt. 265) is dismissed with prejudice; and

4. Each party will bear their own fees and costs.

**SO ORDERED.**

Signed: February 25, 2021

Kenneth D. Bell
United States District Judge