# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| **JARED MODE**, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) **ORDER** |
| **S-L DISTRIBUTION COMPANY LLC,**<br>**S-L DISTRIBUTION COMPANY INC.,**<br>**AND S-L ROUTES LLC,** | )<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiffs' "Motion to Compel S-L's Production of a Revised Privilege Log or Alternatively to Compel S-L to Produce 20 Documents for In Camera Review" (document # 609) filed January 29, 2021, as well as the parties' briefs and exhibits (documents ## 609-1, 610, 615, 616 and 620).

The Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and is ripe for the Court's consideration.

Plaintiffs move to compel Defendants to produce a revised privilege log containing the information required by Rule 26(b)(5)(A) as applied to the 3,111 documents they have withheld and the 1,289 documents that have been redacted. In the alternative, Plaintiffs ask the Court to compel production of the twenty documents for in camera review.

The Court has carefully considered the record, authorities and the parties' arguments. For the reasons stated in Plaintiffs' Memorandum in Support and Reply, the Court finds that

Defendants' privilege log contains inadequate information for Plaintiffs to assess whether their assertion of privilege is proper. Therefore, the Court will <u>grant</u> the Motion to Compel. Defendants shall produce a revised privilege log containing the information required by Rule 26(b)(5)(A) as applied to the 3,111 documents it has withheld and the 1,289 documents it has redacted within twenty-one days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 4, 2021

David S. Cayer
United States Magistrate Judge