# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| **JARED MODE et. al.,** )  )  **Plaintiffs,** )  )  v. )  )  **S-L DISTRIBUTION COMPANY LLC et. al.,** )  )  **Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Michael J. Puma]" (document #637) filed April 27, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

Signed: April 27, 2021   **SO ORDERED**.

David S. Cayer
United States Magistrate Judge