IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00150-KDB-DSC

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated, ) ) Plaintiffs, ) ) v. ) ) ) S-L DISTRIBUTION COMPANY LLC, ) S-L DISTRIBUTION COMPANY INC., and S-L ROUTES LLC, ) ) Defendants. ) | **MEMORANDUM AND RECOMMENDATION** |

**THIS MATTER** is before the Court on "Defendants' Motion to Dismiss Certain Opt-in Plaintiffs" (document #627) and the parties' briefs and exhibits.

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), and this Motion is now ripe for consideration.

Having fully considered the arguments, the record, and the applicable authority, the undersigned respectfully recommends that Defendants' Motion to Dismiss be granted, as discussed below.

**PROCEDURAL AND FACTUAL BACKGROUND**

On March 22, 2018, Plaintiff filed this action identifying a putative class of Defendants' distributors and alleging they are employees who have been misclassified as independent contractors. Plaintiff alleges causes of actions under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et. seq., ("FLSA") for failure to pay minimum wage and overtime pay.

Defendant S-L[1] filed a Third-Party Complaint. The Third-Party Defendants opted into this lawsuit as Plaintiffs. Many of the Third-Party Defendants have agreed to waive service or were served by certified mail or process server. But fourteen Third-Party Defendants have not responded to requests for waiver of service.[2] These fourteen Third-Party Defendants have also not responded to class counsel and cannot be located by S-L for service.

On March 25, 2021, Defendants filed a Motion to Dismiss Certain Opt-in Plaintiffs or, alternatively, Deem the Third-Party Defendants Served.

Each of the fourteen Third-Party Defendants are aware of this lawsuit and have evaded service. They have now failed to respond to the Third-Party Complaint for approximately two years.

**FOR THE FOREGOING REASONS**, the undersigned respectfully recommends that "Defendants' Motion to Dismiss Certain Opt-in Plaintiffs" be <u>granted</u>.

### NOTICE OF APPEAL RIGHTS

The parties are hereby advised that, pursuant to 28 U.S.C. §636(b)(1)(c), written objections to the proposed findings of fact and conclusions of law and the recommendation contained in this Memorandum must be filed within fourteen days after service of same. Failure to file objections

---

[1] In 2013, S-L Routes LLC was merged into S-L Distribution Company Inc. Dkt. 538 at n. 1. In 2016, S-L Distribution Company Inc. was converted into S-L Distribution Company LLC. *Id.* On February 1, 2021, S-L Distribution Company LLC merged into Snyder's-Lance Inc. Dkt. 614 at 1. These entities are referred to collectively as "S-L."

[2] The Opt-In Plaintiffs included in S-L's Motion are Barbara Meeker, Nelson Guevara, Timothy Barnes, Joseph Covganka, Jose Duarta, John Stosick III, Philip Hines, Harold Leslie, Jr., Norma Arriaga, Brian O'Neal, Lazaro Erillo, Barry Sommers, Tomas Orasco, and James Weniger. None of these individuals are Sample Discovery Opt-In Plaintiffs.

to this Memorandum with the District Court constitutes a waiver of the right to de novo review by the District Judge. Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir. 2005); Wells v. Shriners Hosp., 109 F.3d 198, 201 (4th Cir. 1997); Snyder v. Ridenour, 889 F.2d 1363, 1365 (4th Cir. 1989). Moreover, failure to file timely objections will also preclude the parties from raising such objections on appeal. Thomas v. Arn, 474 U.S. 140, 147 (1985); Diamond, 416 F.3d at 316; Page v. Lee, 337 F.3d 411, 416 n.3 (4th Cir. 2003); Wells, 109 F.3d at 201; Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is directed to send copies of this Memorandum and Recommendation to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO RECOMMENDED AND ORDERED.**

Signed: June 3, 2021

_____
David S. Cayer
United States Magistrate Judge