IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JARED MODE, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

S-L DISTRIBUTION COMPANY, LLC,
S-L DISTRIBUTION COMPANY, INC.,
S-L ROUTES, LLC, and SNYDER'S-LANCE, INC.,

Defendants.

No. 3:18-cv-00150-KDB-DSC

## ORDER GRANTING JOINT MOTION TO DISMISS

This matter comes before the Court on the Parties' Joint Motion to Dismiss ("Motion") (Doc. No. 670). The Court having reviewed the Motion, **GRANTS** the Motion and **ORDERS** as follows:

1. Francisco Rojas' (Dkts. 1, 160-1) claims against S-L in the above-captioned action, including those brought under the Fair Labor Standards Act, are dismissed with prejudice;

2. S-L's counterclaim against Francisco Rojas (Dkt. 538) is dismissed **without** prejudice; and

3. Each party will bear their own fees and costs.

**SO ORDERED.**

Signed: July 23, 2021

Kenneth D. Bell
United States District Judge