IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JARED MODE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>S-L DISTRIBUTION COMPANY, LLC, S-L DISTRIBUTION COMPANY, INC., S-L ROUTES, LLC, and SNYDER'S-LANCE, INC.<br><br>Defendants. | No. 3:18-cv-00150-RJC-DSC |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.1, Matthew A. Russell, Mikaela R. Shaw, Shane C. O'Halloran of Morgan, Lewis & Bockius LLP, and Christopher A. Stecher of Keesal, Young & Logan, counsel for S-L Distribution Company, LLC, S-L Distribution Company, Inc., S-L Routes, LLC, Snyder's-Lance, Inc. ("S-L"), respectfully move to withdraw as attorneys of record for S-L and from further representation of S-L in this matter.

S-L will continue to be represented by Sari M. Alamuddin, Brendan T. Killeen, Michael J. Puma, Benjamin K. Jacobs, and Eric M. Makinen of Morgan, Lewis & Bockius, LLP and Robert R. Marcus and C. Bailey King, Jr. of Bradley Arant Boult Cummings, LLP. S-L consents to this withdrawal.

Pursuant to Local Rule 7.2(b), counsel for S-L has conferred with counsel for Plaintiffs, who have indicated that Plaintiffs consent to the relief requested in this motion.

Dated: September 9, 2021                                    Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**                             **BRADLEY ARANT BOULT CUMMINGS, LLP**

/s/ *Matthew A. Russell*                                    /s/ *C. Bailey King, Jr.*
Matthew A. Russell (*pro hac vice*)                         C. Bailey King, Jr.
77 W. Wacker Dr., Suite 500                                 N.C. State Bar No. 34043
Chicago, IL  60601                                          Robert R. Marcus
Telephone: 312-324-1000                                     NC State Bar No. 20041
Facsimile:  312-324-1001                                    214 North Tryon Street
Email:  matthew.russell@morganlewis.com                     Suite 3700
                                                            Charlotte, NC 28202
/s/ *Mikaela R. Shaw*                                       Telephone:  704-338-6000
Mikaela R. Shaw (*pro hac vice*)                            Facsimile:  704-338-8858
77 W. Wacker Dr., Suite 500                                 Email:  rmarcus@bradley.com
Chicago, IL  60601                                                  bking@bradley.com
Telephone: 312-324-1000
Facsimile:  312-324-1001
Email:  mikaela.shaw@morganlewis.com                        **KEESAL, YOUNG & LOGAN**

/s/ *Shane C. O'Halloran*                                   /s/ *Christopher A. Stecher*
Shane C. O'Halloran (*pro hac vice*)                        Christopher A. Stecher (*pro hac vice*)
1701 Market Street                                          450 Pacific Avenue
Philadelphia, PA 19103                                      San Francisco, CA  94133
Telephone: 215-963-5000                                     Telephone:  415-398-6000
Facsimile:  215-963-5001                                    Facsimile:  415-981-0136
Email:  shane.ohalloran@morganlewis.com                     Email:  christopher.stecher@kyl.com


                                                            *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, a copy of the foregoing Motion to Withdraw was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*s/ C. Bailey King, Jr.*
Robert R. Marcus
