IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| JARED MODE, *et al.*,<br>　　Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>S-L DISTRIBUTION COMPANY, LLC, *et al.*,<br>　　Defendants/Counterclaim and<br>　　Third-Party Plaintiffs,<br><br>v.<br><br>J&M MODE DISTRIBUTION, LLC, *et al.*,<br>　　Third-Party Defendants. | 3:18-cv-00150-KDB-DSC<br><br>**PLAINTIFFS' UNOPPOSED<br>MOTION FOR APPROVAL OF<br>THE SETTLEMENT** |

　　Originating Plaintiff Jared Mode ("Mode") and the 330 other IBOs covered by this Fair Labor Standards Act ("FLSA") collective lawsuit (together "Plaintiffs") and Defendants S-L Distribution Company, LLC, S-L Distribution Company, Inc., and S-L Routes, LLC (together ("S-L") have reached a settlement per the accompanying Settlement Agreement and Release ("Agreement") for the total amount of $6,000,000. Because FLSA settlements must be judicially approved for fairness, *see*, e.g*., Kirkpatrick v. Cardinal Innovations Healthcare Solutions*, 352 F. Supp. 3d 499 (M.D.N.C. 2018), Plaintiffs file is motion to respectfully ask the Court to approve the settlement. As explained in the accompanying memorandum of law, judicial approval is warranted because "(1) FLSA issues are actually in dispute; (2) the proposed settlement to those issues is fair and reasonable in light of relevant factors from Rule 23; and (3) the proposed attorneys' fees are reasonable." *Thaxton v. Bojangles' Restaurants, Inc.*, 2020 U.S. Dist. LEXIS 225834, *5 (W.D.N.C. Mar. 4, 2020). Moreover, the requested service awards to Mode and 30 other Plaintiffs who sat for depositions and the requested litigation expenses are reasonable and

should be approved.

      **WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion and sign and enter the accompanying proposed order dismissing this action with prejudice as settled.

Date: November 5, 2021

Respectfully,

*[signature]*

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Michelle L. Tolodziecki
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Chad Hatmaker
Keith J. Coates
Hugh Bright
Woolf, McClane, Bright, Allen & Carpenter, PLLC
Post Office Box 900
Knoxville, TN 37901
(865) 215-1000

*For Plaintiffs*

2

Case 3:18-cv-00150-KDB-DSC   Document 675   Filed 11/05/21   Page 2 of 2